```
 1                         UNITED STATES DISTRICT COURT
 2
                                  DISTRICT OF NEVADA
 3
 4   RONALD C. WILLIAMS,                        Case No. 2:21-cv-00123-KJD-DJA
 5                         Plaintiff                    ORDER
 6        v.
 7   WILLIAM HUTCHINGS, et al.,
 8                         Defendants
 9   I.      DISCUSSION
```

On March 15, 2021, Plaintiff filed an application to *proceed in forma pauperis* ("IFP application") that appeared to be incomplete. (ECF No. 4). The Court dismissed the action without prejudice on April 2, 2021 due to Plaintiff not filing a complete IFP application by the March 26, 2021 deadline. (ECF No. 7). Thereafter, on April 26, 2021, Plaintiff filed a motion for copies and inquired why his complaint and IFP application were dismissed because he had filed them before the March 26, 2021 deadline. (ECF No. 9).

The Court has reviewed Plaintiff's filings from March 15, 2021. (ECF Nos. 4 and 5). Following review, the Court found that Plaintiff's IFP application (ECF No. 4) did not contain the required financial certificate. However, the Court discovered that Plaintiff's financial certificate was contained in Plaintiff's amended complaint (ECF No. 5, Page 28). Due to administrative error, the Court will construe Plaintiff's motion requesting copies and an explanation for why his complaint was dismissed (ECF No. 9) as a motion for reconsideration. As such, the Court grants the Plaintiff's motion for reconsideration and vacates the order dismissing this case and the related judgment. The Clerk's office is directed to rescan Plaintiff's financial certificate (ECF No. 5, Page 28) and file it on the docket with a filing date of March 15, 2021.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for reconsideration (ECF No. 9) is GRANTED.

IT IS FURTHER ORDERED, the Court's April 2, 2021 order (ECF No. 7) and the related judgment (ECF No. 8) are VACATED, and this case is reopened.

IT IS FURTHER ORDERED, the Clerk of the Court is directed to rescan Plaintiff's financial certificate (ECF No. 5, Page 28) and file it on the docket with a filing date of March 15, 2021.

IT IS FURTHER ORDERED that the Clerk of the Court shall reinstate the application to proceed *in forma pauperis* (ECF No. 4).

DATED: May 5, 2021

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE